# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5185**                                            **September Term, 2024**

1:25-cv-00804-BAH

**Filed On: May 22, 2025** [2117049]

United States Institute of Peace, et al.,

       Appellees

   v.

Kenneth Jackson, in his official capacity as Assistant to the Administrator for Management and Resources for USAID and in his purported capacity as acting president of the United States Institute of Peace, et al.,

       Appellants

**O R D E R**

The notice of appeal was filed on May 21, 2025, and docketed in this court on May 22, 2025. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 23, 2025 |
| Docketing Statement Form | June 23, 2025 |
| Entry of Appearance Form (Attorneys Only) | June 23, 2025 |
| Procedural Motions, if any | June 23, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | June 23, 2025 |
| Statement of Issues to be Raised | June 23, 2025 |
| Transcript Status Report | June 23, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | June 23, 2025 |
| Dispositive Motions, if any | July 7, 2025 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5185**                                                                                     **September Term, 2024**

It is

       **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 23, 2025 |
| Entry of Appearance Form (Attorneys Only) | June 23, 2025 |
| Procedural Motions, if any | June 23, 2025 |
| Dispositive Motions, if any | July 7, 2025 |

It is

       **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

       **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                     **FOR THE COURT:**
                                                     Clifton B. Cislak, Clerk

                             BY:      /s/
                                                       Elbert B.J. Lestrade
                                                       Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

       <u>Civil Docketing Statement Form</u>
       <u>Entry of Appearance Form</u>
       <u>Transcript Status Report Form</u>
       <u>Request to Enter Appellate Mediation Program (Optional)</u>
       <u>Notice Concerning Expedition of Appeals and Petitions for Review</u>
       <u>Stipulation to be Placed in Stand-By Pool of Cases (Optional)</u>