# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States Institute of Peace, et al.,

**v.**

Kenneth Jackson, et al.

**Case No:** 25-5185

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

| | |
|---|---|
| Kenneth Jackson | James M. Burnham |
| U.S. Doge Service | Jacob Altik |
| U.S. Doge Service Temporary Organization | Nate Cavanaugh |
| Amy Gleason | Marco Rubio |

### Counsel Information

**Lead Counsel:** McKaye L. Neumeister

**Direct Phone:** ( 202 ) 514-8100 **Fax:** (____) ____-____ **Email:** McKaye.L.Neumeister@usdoj.gov

**2nd Counsel:** Sharon Swingle

**Direct Phone:** ( 202 ) 353-2689 **Fax:** (____) ____-____ **Email:** Sharon.Swingle@usdoj.gov

**3rd Counsel:** Courtney Albini

**Direct Phone:** ( 202 ) 514-4027 **Fax:** (____) ____-____ **Email:** Courtney.Albini2@usdoj.gov

**Firm Name:** U.S. Department of Justice, Civil Division, Appellate Staff

**Firm Address:** 950 Pennsylvania Avenue NW, Washington, DC 20530

**Firm Phone:** ( 202 ) 305-1754 **Fax:** (____) ____-____ **Email:** civilappellate.ecf@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

**United States Institute of Peace, et al.,**

       **v.**                                 **Case No:** 25-5185

**Kenneth Jackson, et al.**

## Party Information Continued:

Peter B. Hegseth

Peter A. Garvin

Donald J. Trump