# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5185**                    **September Term, 2024**

**1:25-cv-00804-BAH**

**Filed On:** May 23, 2025

United States Institute of Peace, et al.,

       Appellees

    v.

Kenneth Jackson, in his official capacity as
Assistant to the Administrator for
Management and Resources for USAID and
in his purported capacity as acting president
of the United States Institute of Peace, et al.,

       Appellants


    **BEFORE:**    Henderson, Wilkins, and Pan, Circuit Judges

**O R D E R**

    Upon consideration of the emergency motion for stay pending appeal, which includes a request for an administrative stay, it is

    **ORDERED** that appellees file a response to the emergency motion for stay by Monday, June 2, 2025.  Any reply is due by Monday, June 9, 2025.

**Per Curiam**


                  **FOR THE COURT:**
                  Clifton B. Cislak, Clerk

        BY:    /s/
                  Michael C. McGrail
                  Deputy Clerk