# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** United States Institute of Peace, et al.,

**v.**  **Case No:** 25-5185

Kenneth Jackson, et al.

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| United States Institute of Peace | Joseph L. Falk |
| Ambassador John J. Sullivan | Kerry Kennedy |
| Nancy Zirkin | Mary Swig |
| Judy Ansley | Ambassador George E. Moose |

### Counsel Information

**Lead Counsel:** Andrew N. Goldfarb

**Direct Phone:** (202) 778-1822  **Fax:** (202) 822-8106  **Email:** agoldfarb@zuckerman.com

**2nd Counsel:** William J. Murphy

**Direct Phone:** (410) 949-1146  **Fax:** (410) 659-0436  **Email:** wmurphy@zuckerman.com

**3rd Counsel:**

**Direct Phone:** (___) _____  **Fax:** (___) _____  **Email:**

**Firm Name:** Zuckerman Spaeder, LLP

**Firm Address:** 2100 L Street, NW; Suite 400; Washington, D.C.  20037-1525

**Firm Phone:** (202) 778-1800  **Fax:** (202) 822-8106  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)