[NOT YET SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> KENNETH JACKSON, in his official capacity as Assistant to the Administrator for Management and Resources for USAID, et al., <br><br> Defendants-Appellants. | No. 25-5185 |

**CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

**A.  Parties and Amici**

Plaintiffs in district court, and appellees here, are the United States Institute of Peace (USIP)[1]; Ambassador John J. Sullivan, in his official capacity as USIP's former Board Chairman; Nancy Zirkin, Judy Ansley, Joseph L. Falk, Kerry Kennedy, and Mary Swig, in their official capacities as

---

[1] The federal government's position is that USIP is not properly named as a plaintiff in this action.

former USIP Board members; and Ambassador George E. Moose, in his official capacity as USIP's former Acting President and former ex officio Board member. Defendants are Kenneth Jackson, Amy Gleason, James Burnham, Jacob Altik, Nate Cavanaugh, Secretary Marco Rubio, Secretary Pete Hegseth, Vice Admiral Peter A. Garvin, Trent Morse, and President Donald J. Trump, in their official capacities; the U.S. Doge Service, and the U.S. Doge Service Temporary Organization.

A group of "113 Former Senior Military and Foreign Policy Officials"[2]

---

[2] Those officials are: Hon. Bernadette M. Allen, Hon. Bernard W. Aronson, Hon. J. Brian Atwood, Hon. Daniel B. Baer, Hon. Shirley Elizabeth Barnes, Hon. Frederick Barton, Hon. Peter W. Bodde, Hon. Barbara Bodine, Hon. Richard A. Boucher, Hon. Robert A. Bradtke, Hon. Kenneth C. Brill, Hon. Johnnie Carson, Hon. Wendy Chamberlin, Hon. Chester A. Crocker, Hon. Ryan Crocker, Hon. Lisa Curtis, Hon. Jeffrey Davidow, Hon. Ruth A. Davis, Hon. Jeffrey DeLaurentis, Hon. Kathleen A. Doherty, Hon. Eric Edelman, Lt. Gen. Karl Eikenberry, Hon. Nancy H. Ely-Raphel, Hon. Kenneth J. Fairfax , Hon. John D. Feeley, Hon. Jeffrey Feltman, Hon. Robert Ford, Hon. Laurie S. Fulton, Hon. Robert L. Gallucci, Hon. Michelle Gavin, Hon. Daniel R. Glickman, Hon. Edward W. Gnehm, Hon. Rose E. Gottemoeller, Hon. Gordon Gray, Hon. Michael E. Guest, Hon. Stephen J. Hadley, Hon. John A. Heffern, Lt. Gen. Ben Hodges, Hon. Arthur H. Hughes, Hon. Cameron Hume, Hon. Robert Hutchings, Hon. Susan E. Jacobs, Hon. Makila James, Hon. David T. Johnson, Hon. Deborah K. Jones, Hon. A. Elizabeth Jones, Hon. Colin Kahl, Hon. Theodore H. Kattouf, Hon. Richard D. Kauzlarich, Hon. Laura Kennedy, Hon. Patrick F. Kennedy, Hon. Jimmy J. Kolker, Hon. Thomas C. Krajeski, Hon. Daniel C. Kurtzer, Hon. Ellen Laipson, Hon. Barbara Leaf, Hon. Richard LeBaron, Hon. Mark W. Libby, Hon. Hugo Llorens, Lt. Gen. Douglas Lute, Hon. Steven R. Mann, Hon. Dennise Mathieu, Hon. Nancy McEldowney, Hon. Elizabeth Davenport McKune, Hon. James D. Melville, Jr., Hon. Richard M. Miles, Hon. Thomas J. Miller, Hon. Derek Mitchell, Hon. Allan P. Mustard, Hon. Wanda L.

filed a brief as amici curiae in district court.

A group of 128 former USIP employees and personal service contractors,[3] who were terminated on March 28, 2025, also filed a brief as

---

Nesbitt, Hon. Ronald W. Neumann, Rear Adm. Huan Nguyen, Hon. Ted Osius, Hon. Geeta Pasi, Hon. Anne Patterson, Hon. Thomas S. P. Perriello, Hon. William J. Perry, Hon. Robert C. Perry, Hon. James D. Pettit, Hon. Thomas R. Pickering, Hon. Steven K. Pifer, Hon. Jo Ellen Powell, Hon. Robin L. Raphel, Hon. Charles Ray, Hon. Daniel N. Rosenblum, Hon. Dennis B. Ross, Adm. Gary Roughead, Hon. William A. Rugh, Hon. Teresita C. Schaffer, Hon. Mattie R. Sharpless, Hon. David B. Shear, Hon. David H. Shinn, Hon. Anne-Marie Slaughter, Hon. Amanda Sloat, Hon. Joan Spero, Hon. Sylvia G. Stanfield, Hon. Mark C. Storella, Hon. William B. Taylor, Jr., Hon. Linda Thomas-Greenfield, Hon. Toni Verstandig, Hon. Jacob Walles, Hon. Mark Ward, Hon. Earl A. Wayne, Hon. Kevin Whitaker, Hon. Bisa Williams, Hon. Molly Williamson, Hon. Ross L. Wilson, Hon. Anne A. Witkowsky, Hon. Kenneth Yalowitz, Hon. Donald Yamamoto, Hon. Marie Yovanovitch, Hon. Uzra Zeya, Gen. Anthony C. Zinni.

[3] Those individuals are: Pamela Aall, Camille Akinnusotu, April Alley, Sayed Habib Ameri, Kateira Aryaeinejad, Lauren Baillie, Nicoletta Barbera, Robert Barron, Jon F. Bishop, Tegan Blaine, Kent Brokenshire, Cassandra Burns, Elizabeth (Liz) Callihan, Katia Cavigelli, Aaron Chapman, Alejandro Chile, Ben Clarick, Nicole Cochran, Brittany Croll, Margo Cunniffe, Wapoenje Dacruz Evora, Catherine Dale, Anna Daley Laursen, Michael Darden, Caroline Dibble, Ena Dion, Shauna Eisenberg, Kamel Fakhry, Georges Fauriol, Mark Feierstein, Tracy Fleming, William Ford, Athena Mison Fulay, Mirna Galic, Adam Gallagher, Galen Gammino, Asalou Givens, Mary Glantz, Corinne Graff, Anne-Marie Gwynn-Sackson, Alean Haider Sayedzada, Madison Handy, Brian Harding, Sarah Harper-Johnston, Gavin Helf, Mary Anne Holmcrans, Katie Hortenstine, Joshua Ivey, Ibanez Jacobs, Kathryn (Katie) Jones, Palwasha Kakar, Dominic Kiraly, Nicole Krakora, Kathleen Kuehnast, Lucy Kurtzer-Ellenbogen, Illana Lancaster, Allison Larmann, Philippe Lerou-Martin, Megan Madeira, Bethesda Manrique, Angelina Marioni, Daniel Markey, Carol McKay, Joia McManus, Maria Antonia Montes, Jeremy Moore, Elizabeth Murray, Garrett Nada, Anthony Navone, Analise Obremskey, Matthew Parkes, Barmak Pazhwak, Michael Phelan, Alli Phillips, Camilla Pohle, Samuel Ponzar, Brielle Powers, Thea

amici curiae in district court.

There were no other parties or amici in district court, and none have entered an appearance in this Court.

### B. Rulings Under Review

The ruling under review is the district court's order granting summary judgment (Dkt. 39) and accompanying memorandum opinion (Dkt. 40) in *United States Institute of Peace v. Jackson*, No. 1:25-cv-804 (D.D.C.), issued on May 19, 2025, by the Hon. Beryl A. Howell. The court's opinion is available at 2025 WL 1428641.

### C. Related Cases

This case has not previously been before this Court. *Pippenger v. U.S. Doge Service*, No. 1:25-cv-909 (D.D.C. filed April 10, 2025), involves a similar challenge to the President's removal of USIP's Board members.

---

Price, Miriam Psychas, Julie Ramirez, Harriet Randolph, Paola Ricaurte, Steven M. Riskin, Victoria Rivera, Danielle Robertson, Samantha Robinson, Steven Ruder, Katie Ruppert, Aaya Rustom, Julia Schiwal, Brigitta Schuchert, Tyler Scrimager, Gabrielle Seamon, Jayani Senanayake, Christopher M. Sfetsios, Karine Shalaby, Shafique Shalizi, Kirtika Sharad, Jamie Shillinger, Samantha Shimer, Mariam Sidibe, Shadya Sims, Jaclyn Sirc, Tiffany (Daniella) Smith, Mary Speck, Daniel Spinelli, Jennifer Staats, Susan Stigant, Allison Sturma, Hodie Sultan, Yousof Sultan, Manal Taha, Alicia Talamas, James Tanton, Kiersten Terrell, Anita Thompson, Denise Thrift, Calin Trenkov-Wermuth, Henry Tugendhat, Rachel Vandenbrink, David Vega-Pulido, Jessica Vermooten, Richard Walker, Kristen Wall, Katherine Waters, Andrew Wells-Dang, Scott Worden, Karen Zehr.

Counsel are aware of several related cases pending within this Court that, although they do not involve substantially the same parties, involve similar issues to those presented here: *Harris v. Bessent*, No. 25-5037 (D.C. Cir.) (No. 1:25-cv-412) (MSPB); *Wilcox v. Trump*, No. 25-5057 (D.C. Cir.) (No. 1:25-cv-334 (D.D.C.)) (NLRB); *Grundman v. Trump*, No. 25-5165 (D.C. Cir.) (No. 1:25-cv-425 (D.D.C.)) (FLRA); *Brehm v. Marocco*, No. 25-cv-660 (D.D.C.) (U.S. African Development Foundation); *Aviel v. Gor*, No. 25-5105 (D.C. Cir.) (No. 1:25-cv-778) (Inter-American Foundation); *Corporation for Public Broadcasting v. Trump*, No. 1:25-cv-1305 (D.D.C.) (Corporation for Public Broadcasting); *Storch v. Hegseth*, No. 1:25-cv-0415 (D.D.C.) (Office of Inspector General); *LeBlanc v. United States Privacy and Civil Liberties Oversight Board*, No. 1:25-cv-00542 (D.D.C.) (U.S. Privacy and Civil Liberties Oversight Board).

Respectfully submitted,

SHARON SWINGLE
McKAYE L. NEUMEISTER
 /s/ *Courtney E. Albini*
COURTNEY E. ALBINI
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7511
  Washington, D.C. 20530
  (202) 598-7329

JUNE 2025

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES.

    */s/ Courtney E. Albini*
    Courtney E. Albini
    Counsel for Defendants-Appellants