[NOT YET SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES INSTITUTE OF PEACE, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> KENNETH JACKSON, his official capacity as Assistant to the Administrator for Management and Resources for USAID, et al., <br><br> Defendants-Appellants. | No. 25-5185 |

**STATEMENT OF INTENT CONCERNING DEFERRED APPENDIX**

    Defendants-Appellants do not intend to use a deferred joint appendix.

        Respectfully submitted,

        SHARON SWINGLE
        McKAYE L. NEUMEISTER
        /s/ *Courtney E. Albini*
        COURTNEY E. ALBINI
          Attorneys, Appellate Staff
          Civil Division
          U.S. Department of Justice
          950 Pennsylvania Ave., N.W.
          Room 7511
          Washington, D.C. 20530
          (202) 598-7329

JUNE 2025

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing STATEMENT OF INTENT CONCERNING DEFERRED APPENDIX.

                                        */s/ Courtney E. Albini*
                                        Courtney E. Albini
                                        Counsel for Defendants-Appellants