[NOT YET SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JANE DOE, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> PAMELA BONDI, in her official capacity as Attorney General of the United States; and WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons, <br><br> Defendants-Appellants. | No. 25-5185 |

## STATEMENT OF ISSUES

Pursuant to this Court's order dated May 19, 2025, Defendants-Appellants hereby respectfully submit this Statement of Issues. The issue presented on appeal is:

Whether the President has authority under Article II of the Constitution to remove members of the Board of Directors of the United States Institute of Peace without first having to bear the burden of establishing conviction of a felony, malfeasance in office, persistent neglect of duties, or inability to discharge duties.

          Respectfully submitted,

          SHARON SWINGLE
          McKAYE L. NEUMEISTER
          /s/ *Courtney E. Albini*
          COURTNEY E. ALBINI
            Attorneys, Appellate Staff
            Civil Division
            U.S. Department of Justice
            950 Pennsylvania Ave., N.W.
            Room 7511
            Washington, D.C. 20530
            (202) 598-7329

JUNE 2025

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2025, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing STATEMENT OF ISSUES.

>  */s/ Courtney E. Albini*
> Courtney E. Albini
> Counsel for Defendants-Appellants