# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** USIP

v.          **Case No:** 25-5185

Jackson

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

⦿ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 14-05-2025 | Motion for Summary Judgment Hearing | Elizabeth Davila |
| 01-04-2025 | Motion for All Writs Act Hearing | Elizabeth Davila |
| 19-03-2025 | Motion for Temporary Restraining Order Hearing | Lisa Edwards |
| | | |
| | | |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

_____
_____

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing TRANSCRIPT STATUS REPORT.

                                              */s/ Courtney E. Albini*
                                              Courtney E. Albini
                                              Counsel for Defendants-Appellants