**ORAL ARGUMENT NOT YET SCHEDULED**

No. 25-5185

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES INSTITUTE OF PEACE, *et al.*,

*Plaintiffs-Appellees*,

v.

KENNETH JACKSON, *et al.*,

*Defendants-Appellants*.

On Appeal from the United States District Court for the District of Columbia
No. 25-cv-804-BAH, The Honorable Beryl A. Howell, District Judge

**JOINT MOTION FOR BRIEFING SCHEDULE**

BRETT A. SCHUMATE
  *Assistant Attorney General*

ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*

MARK S. FREEMAN
SHARON SWINGLE
MCKAYE L. NEUMEISTER
COURTNEY E. ALBINI
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7511*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 598-7329*

*Counsel for Defendants-Appellants*

ANDREW N. GOLDFARB
JACOBUS P. VAN DER VEN
ZUCKERMAN SPAEDER LLP
2100 L Street, NW, Suite 400
Washington, DC 20037
Telephone: (202) 778-1800

WILLIAM J. MURPHY
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
Telephone: (410) 332-0444

*Counsel for Plaintiffs-Appellees*

July 25, 2025

# **PROPOSED BRIEFING SCHEDULE**

The parties have conferred and agree on the following briefing schedule, which the parties ask the Court to adopt in the above-captioned case.

- August 28, 2025 – Appellants' Opening Brief
- September 25, 2025 – Appellees' Opposition Brief
- October 14, 2025 – Appellants' Reply Brief

The parties also jointly request that the Court schedule oral argument at the earliest available date after briefing is complete.

July 25, 2025                                                                 Respectfully submitted,

/s/ *Andrew N. Goldfarb*
Andrew N. Goldfarb
Jacobus P. van der Ven
ZUCKERMAN SPAEDER LLP
2100 L Street, NW, Suite 400
Washington, DC 20037
Tel: (202) 778-1800
agoldfarb@zuckerman.com
cvanderven@zuckerman.com

BRETT A. SHUMATE
  *Assistant Attorney General*

ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*

MARK R. FREEMAN
SHARON SWINGLE
MCKAYE L. NEUMEISTER
/s/ *Courtney E. Albini*
COURTNEY E. ALBINI
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7511*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 598-7329*

William J. Murphy
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
Telephone: (410) 332-0444
wmurphy@zuckerman.com

*Counsel for Plaintiffs-Appellees*

*Counsel for Defendants-Appellants*

## CERTIFICATE OF COMPLIANCE

I certify that this proposed briefing schedule contains 62 words, according to the count of Microsoft Word.

I further certify that this proposed briefing schedule complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (a)(6) because it has been prepared using Microsoft Word Office in a proportionally spaced typeface (Times New Roman, 14 point).

>/s/ *Andrew N. Goldfarb*
>Andrew N. Goldfarb