# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5185** | **September Term, 2025** |
| | 1:25-cv-00804-BAH |
| | Filed On: September 19, 2025 [2135887] |

United States Institute of Peace, et al.,

    Appellees

    v.

Kenneth Jackson, in his official capacity as Assistant to the Administrator for Management and Resources for USAID and in his purported capacity as acting president of the United States Institute of Peace, et al.,

    Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on November 21, 2025, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                      BY:    /s/
                               Michael C. McGrail
                               Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)