# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5185**  **September Term, 2025**

1:25-cv-00804-BAH

**Filed On:** September 29, 2025

United States Institute of Peace, et al.,

    Appellees

    v.

Kenneth Jackson, in his official capacity as
Assistant to the Administrator for
Management and Resources for USAID and
in his purported capacity as acting president
of the United States Institute of Peace, et al.,

    Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be removed from the November 21, 2025, oral argument calendar and held in abeyance pending the Supreme Court's disposition of *Donald Trump, et al. v. Rebecca Slaughter, et al.*, No. 25-332 (*cert. granted*, Sept. 22, 2025).

The parties are directed to file motions to govern future proceedings in this case within 30 days of the disposition by the Supreme Court.

**Per Curiam**

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk