**NOT YET SCHEDULED FOR ORAL ARGUMENT**

No. 25-5185

# In the United States Court of Appeals for the District of Columbia Circuit

---

UNITED STATES INSTITUTE OF PEACE, et al.,

PLAINTIFFS–APPELLEES,

*v.*

KENNETH JACKSON, in his official capacity as Assistant to the Administrator for Management and Resources for USAID and in his purported capacity as Acting President of the United States Institute of Peace, et al.,

DEFENDANTS–APPELLANTS.

---

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA (NO. 1:25-CV-00804) THE HONORABLE JUDGE BERYL A. HOWELL*

---

**NOTICE OF INTENT TO PARTICIPATE AS AMICI CURIAE BY FORMER SENIOR FOREIGN POLICY AND MILITARY OFFICIALS IN SUPPORT OF APPELLEES**

---

HAROLD HONGJU KOH
SONIA MITTAL
PETER GRUBER RULE OF LAW
CLINIC
YALE LAW SCHOOL
 127 Wall Street, P.O. Box 208215
 New Haven, CT 06520-8215
 (203) 432-4932
 harold.koh@ylsclinics.org

DAVID S. KURTZER-ELLENBOGEN
JONATHAN E. SPRATLEY
WILLIAMS & CONNOLLY LLP
 680 Maine Avenue SW
 Washington, DC 20024
 (202) 434-5000
 dkurtzer@wc.com

*Counsel for Amici Curiae*

*Additional counsel on inside cover*

Rebecca LeGrand
LeGrand Law PLLC
*1100 H Street NW, Suite 1220*
*Washington, DC 20005*
*(202) 587-5725*
*rebecca@legrandpllc.com*

## NOTICE OF INTENT TO PARTICIPATE

Pursuant to Circuit Rule 29(b) and the guidance in Section IX(A)(4) of this Court's Handbook of Practice and Internal Procedures, Former Senior Foreign Policy and Military Officials hereby notify the Court of their intent to file an amicus brief in this case in support of Appellees. An appendix containing the full list of amici will be set forth in an appendix to the brief.

Counsel for Appellants and Appellees have consented to the filing of this brief.

Respectfully submitted,

/s/ *David S. Kurtzer-Ellenbogen*

| | |
|---|---|
| HAROLD HONGJU KOH<br>SONIA MITTAL<br>PETER GRUBER RULE OF LAW CLINIC<br>YALE LAW SCHOOL<br>*127 Wall Street, P.O. Box 208215*<br>*New Haven, CT 06520-8215*<br>*(203) 432-4932*<br>*harold.koh@ylsclinics.org*<br><br>REBECCA LEGRAND<br>LEGRAND LAW PLLC<br>*1100 H Street NW, Suite 1220*<br>*Washington, DC 20005*<br>*(202) 587-5725*<br>*rebecca@legrandpllc.com*<br><br>OCTOBER 2, 2025 | DAVID S. KURTZER-ELLENBOGEN<br>JONATHAN E. SPRATLEY<br>WILLIAMS & CONNOLLY LLP<br>*680 Maine Avenue SW*<br>*Washington, DC 20024*<br>*(202) 434-5000*<br>*dkurtzer@wc.com*<br><br><br><br>*Counsel for Amici Curiae* |

1

## CERTIFICATE OF SERVICE

    I, David S. Kurtzer-Ellenbogen, counsel for amici curiae and a member of the Bar of this Court, certify that on October 2, 2025, a copy of the foregoing document was filed with the Clerk through the Court's electronic filing system. I further certify that all parties required to be served have been served.

*/s/ David S. Kurtzer-Ellenbogen*
DAVID S. KURTZER-ELLENBOGEN
*Counsel for Amici Curiae*

OCTOBER 2, 2025