**NOT YET SCHEDULED FOR ORAL ARGUMENT**

# United States Court of Appeals
# for the District of Columbia Circuit

## No. 25-5185

UNITED STATES INSTITUTE OF PEACE; JOHN J. SULLIVAN, AMBASSADOR, in his official capacity as Chair of the Board of Directors of the United States Institute of Peace; JUDY ANSLEY, in her official capacity as a member of the Board of Directors of the United States Institute of Peace; JOSEPH L. FALK, in his official capacity as a member of the Board of Directors of the United States Institute of Peace; KERRY KENNEDY, in her official capacity as a member of the Board of Directors of the United States Institute of Peace;

*(For Continuation of Caption See Inside Cover)*

*On Appeal from the United States District Court for the District of Columbia in No. 25-cv-00804-BAH.*

## MOTION FOR LEAVE TO FILE BRIEF FOR *AMICI CURIAE* BIPARTISAN CURRENT AND FORMER MEMBERS OF CONGRESS IN SUPPORT OF APPELLEES

CAREY R. DUNNE
KEVIN TROWEL
MÓNICA P FOLCH*
ZACK GOLDBERG
MARTHA REISER
FREE AND FAIR LITIGATION GROUP, INC.
266 West 37th Street, 20th Floor
New York, New York 10018
(646) 434-8604
carey@freeandfair.org

NORMAN L. EISEN
STEPHEN A. JONAS
JOSHUA G. KOLB
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE
Washington, D.C. 20003
(202) 594-9958
norman@democracydefenders.org

Joseph T. Baio*
JOSEPH T. BAIO LLC
240 Centre Street
New York, New York 10013
(914) 523-2255
josephtbaiolaw@icloud.com

October 2, 2025       *Application for admission pending*


(800) 4-APPEAL • (386291)

MARY SWIG, in her official capacity as a member of the Board of Directors of the United States Institute of Peace; NANCY ZIRKIN, in her official capacity as a member of the Board of Directors of the United States Institute of Peace; GEORGE E. MOOSE, AMBASSADOR; in his official capacities as Acting President of the United States Institute of Peace and as an *ex officio* member of the Board of Directors of the United States Institute of Peace,

*Plaintiffs-Appellees,*

v.

KENNETH JACKSON, in his official capacity as Assistant to the Administrator for Management and Resources for USAID and in his purported capacity as acting president of the United States Institute of Peace; U.S. DOGE SERVICE; U.S. DOGE SERVICE TEMPORARY ORGANIZATION; Amy Gleason, in her official capacity as the Acting Administrator of U.S. DOGE Service and U.S. DOGE Service Temporary Organization; JAMES M. BURNHAM, in his official capacity as an employee of the U.S. DOGE Service or the U.S. DOGE Service Temporary Organization; JACOB ALTIK, in his official capacity as an employee of the U.S. DOGE Service or the U.S. DOGE Service Temporary Organization; NATE CAVANAUGH, in his official capacity as an employee of the U.S. DOGE Service or the U.S. DOGE Service Temporary Organization; MARCO RUBIO, in his official capacity as the U.S. Secretary of State and in his official capacity as an *ex officio* member of the USIP Board of Directors; PETER B. HEGSETH, in his official capacity as the U.S. Secretary of Defense and in his official capacity as an *ex officio* member of the USIP Board of Directors; PETER A. GARVIN, VICE ADMIRAL, in his official capacity as President of the National Defense University and in his official capacity as an *ex officio* member of the USIP Board of Directors; DONALD J. TRUMP, in his official capacity as President of the United States of America; TRENT MORSE, in his official capacity as Deputy Director of Presidential Personnel in the White House Presidential Personnel Office, the White House Office, and the Executive Office of the President of the United States,

*Defendants-Appellants.*

1. Pursuant to Federal Rule of Appellate Procedure 29 and District of Columbia Circuit Rule 29, bipartisan Current and Former Members of Congress Sen. Jeanne Shaheen, Sen. Jeffrey Merkley, Sen. Brian Schatz, Rep. Gregory W. Meeks, Rep. Lois Frankel, Rep. Gabe Amo, Rep. Jonathan Jackson, Rep. Sara Jacobs, Rep. Sydney Kamlager-Dove, Rep. William Keating, Rep. Bradley S. Schneider, Rep. Dina Titus, Former Rep. Steve Bartlett, Former Rep. Tom Coleman, Former Rep. Marvin Henry "Mickey" Edwards, Former Rep. Claudine Schneider, Former Rep. Christopher Shays respectfully move this Court for leave to appear as amici curiae and to file the attached brief in support of Appellees.

2. *Interest of Amici.* Amici are a bipartisan group of seventeen current and former members of the United States Congress. Many serve in committees with foreign-affairs and national-security jurisdiction; several voted to establish the United States Institute of Peace ("USIP") in 1984. They have a strong interest in protecting Congress's constitutional authority—including its ability to create and rely upon organizations dedicated to nonpartisan research, analysis, and training that informs legislative decision-making in foreign affairs.

3. *Relevance of Amicus Brief.* The perspective offered by current and former members of Congress who created USIP or worked with USIP will assist the Court in evaluating statutory and constitutional issues concerning USIP's provenance, its position in our government, and the role USIP plays in the realm of

foreign affairs. As members of Congress, Amici offer their perspective that: (1) Congress created USIP as an independent nonprofit instrumentality to provide information about foreign conflicts; (2) Congress has routinely relied on USIP's research and analysis in performing its legislative functions; and (3) the President's efforts to dismantle USIP—and therefore deprive Congress of USIP as a resource for nonpartisan information—are unlawful.

4. Counsel for Appellees consent to the filing of Amici's proposed brief. Counsel for Appellants do not consent, and take the position that briefing in this case has been suspended because this Court has placed the case into abeyance. However, counsel for Amici are not aware of any order issued by this Court suspending the briefing schedule.

5. All the requirements for an amicus brief have been satisfied. No party's counsel authored the brief in whole or in part. No person other than amici or their counsel contributed money intended to fund the preparation or submission of the proposed brief. *See* Fed. R. App. P. 29(a)(4)(E). And the proposed brief conforms to the length requirements of Federal Rule of Appellate Procedure 29(a)(5).

6. Amici respectfully request that this Court grant leave to submit the attached proposed amicus brief.

DATED: October 2, 2025

/s/ *Carey R. Dunne*
Carey R. Dunne
Michele Roberts
Kevin Trowel
Mónica P. Folch*
Zack Goldberg
Martha Reiser
FREE & FAIR LITIGATION GROUP
266 West 37th Street, 20th Floor
New York, NY 10018
Telephone: (646) 434-8604
carey@freeandfair.org
michele@freeandfair.org
kevin@freeandfair.org
monica@freeandfair.org
zack@freeandfair.org
martha@freeandfair.org

Joseph T. Baio*
JOSEPH T. BAIO LLC
240 Centre Street
New York, NY 10013
Telephone: (914) 523-2255
josephtbaiolaw@icloud.com

Norman L. Eisen
Stephen A. Jonas
Joshua G. Kolb
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave SE, Suite 15180
Washington, D.C. 20003

3

Telephone: (202) 594-9958
Norman@democracydefenders.org
Steve@democracydefenders.org
Joshua@democracydefenders.org

*Application for admission pending*

*Counsel for Amici Curiae Bipartisan Current and Former Members of Congress*

4

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because it was prepared in Times New Roman 14-point font, a proportionally spaced typeface that includes serifs, and the brief is set in a plain, roman style, with case names italicized.  This motion complies with the type volume limits of Rule 27(d)(2) because it contains 429 words.

DATED: October 2, 2025              */s/ Carey R. Dunne*
                                    Carey R. Dunne

## CERTIFICATE OF SERVICE

I, Carey R. Dunne, hereby certify that on October 2, 2025, I electronically filed the foregoing Motion for Leave to File Amici Curiae Brief with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. A true and correct copy of this motion has been served via the Court's CM/ECF system on all counsel of record.

DATED: October 2, 2025

*/s/ Carey R. Dunne*
Carey R. Dunne