# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5185**                               **September Term, 2025**

1:25-cv-00804-BAH

**Filed On: October 15, 2025** [2140380]

United States Institute of Peace, et al.,

    Appellees

    v.

Kenneth Jackson, in his official capacity as Assistant to the Administrator for Management and Resources for USAID and in his purported capacity as acting president of the United States Institute of Peace, et al.,

    Appellants

## O R D E R

Upon consideration of the motion of BiPartisan Current and Former Members of Congress for leave to participate as amici curiae in support of appellees, and the lodged brief amici curiae, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amici curiae.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

BY:  /s/
     Michael C. McGrail
     Deputy Clerk