# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 25-5185**                          **September Term, 2025**

1:25-cv-00804-BAH

**Filed On:** November 26, 2025

United States Institute of Peace, et al.,

       Appellees

     v.

Kenneth Jackson, in his official capacity as Assistant to the Administrator for Management and Resources for USAID and in his purported capacity as acting president of the United States Institute of Peace, et al.,

       Appellants

      **BEFORE:**    Henderson, Wilkins, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion for partial vacatur of the stay pending appeal, the opposition thereto, and the reply, it is

**ORDERED** that the motion be denied. Appellees have not demonstrated that circumstances have changed such that partial vacatur of the stay pending appeal is warranted. See Consol. Edison Co. of New York, Inc. v. Fed. Power Comm'n, 511 F.2d 372, 378 (D.C. Cir. 1974).

### Per Curiam

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk

                 BY:     /s/
                          Selena R. Gancasz
                          Deputy Clerk