# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
————————

**No. 25-5185**  **September Term, 2025**

**1:25-cv-00804-BAH**

**Filed On:** July 16, 2026

United States Institute of Peace, et al.,

      Appellees

    v.

Kenneth Jackson, in his official capacity as
Assistant to the Administrator for
Management and Resources for USAID and
in his purported capacity as acting president
of the United States Institute of Peace, et al.,

      Appellants

**BEFORE:**    Henderson and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the motion to schedule this case for oral argument, the response thereto, and the reply, it is

**ORDERED** that the motion be denied. Appellees have not demonstrated that calendaring this case for argument at this time, prior to entry of a schedule for the remainder of briefing, is warranted. The parties are directed to file motions to govern future proceedings in this case by July 29, 2026.

### Per Curiam

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

          BY:    /s/
                  Selena R. Gancasz
                  Deputy Clerk