# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5185**                                    **September Term, 2025**

**1:25-cv-00804-BAH**

**Filed On:** July 31, 2026

United States Institute of Peace, et al.,

      Appellees

    v.

Kenneth Jackson, in his official capacity as
Assistant to the Administrator for
Management and Resources for USAID and
in his purported capacity as acting president
of the United States Institute of Peace, et al.,

      Appellants


    **BEFORE:**   Katsas and Rao, Circuit Judges

### O R D E R

Upon consideration of the motions to govern future proceedings, it is

**ORDERED** that this case be returned to the court's active docket.  It is

**FURTHER ORDERED** that the following schedule for the remainder of briefing
will now apply in this case:

| | |
|---|---|
| Appellees' Supplemental Brief (not to exceed 3,000 words) | August 28, 2026 |
| Appellants' Reply Brief | September 18, 2026 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5185**                                    **September Term, 2025**

The Clerk is directed to calendar this case for oral argument on the first appropriate date following the completion of briefing.  The parties will be informed later of the date of oral argument and the composition of the merits panel.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Selena R. Gancasz
Deputy Clerk