**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Tel: (202) 514-8100

September 9, 2026

**By CM/ECF**

Clifton B. Cislak
Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re: *U.S. Institute of Peace v. Jackson*, No. 25-5185 (oral argument not scheduled)

Dear Mr. Cislak:

As the government attorney with principal responsibility for the above-referenced appeal, I am writing to advise the Court regarding my upcoming unavailability for oral argument.

On November 2, 2026, I will be presenting oral argument before the Fifth Circuit in *Texas v. Oz*, No. 25-40766 (5th Cir.). In *Arbutus Biopharma Corporation v. Moderna, Inc.*, No. 26-1581 (Fed. Cir.)—an appeal for which I am principally responsible for the government's participation as amicus curiae—the Federal Circuit will hold expedited oral argument during its November argument session (occurring between November 2 and November 9), and the government is seeking to participate in argument. Additionally, I will be traveling internationally on scheduled annual leave from November 27, 2026, to December 13, 2026.

Accordingly, if the above-referenced appeal is scheduled for oral argument, I respectfully request that this Court not schedule argument from November 2, 2026, to November 9, 2026, or from November 27, 2026, to December 14, 2026.

Thank you for your consideration of this request.

Sincerely,

*/s/ McKaye L. Neumeister*
McKaye L. Neumeister
U.S. Department of Justice
Civil Division, Appellate Staff

cc: All counsel (via CM/ECF)