Andrew N. Goldfarb
Zuckerman Spaeder LLP
agoldfarb@zuckerman.com
(202) 778-1822

Via ECF

September 10, 2026

Clifton B. Cislak, Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, NW
Washington, DC 2001

Re: *United States Institute of Peace, et al. v. Jackson, et al.*, No. 25-5185

Dear Mr. Cislak:

In connection with the above-referenced appeal, counsel for Appellees write to advise the Court as to the upcoming availability of William Murphy, counsel who will present oral argument for Appellees.

Mr. Murphy is available for oral argument the weeks of October 5, 12, and 26, 2026, as well as November 10-13 and November 16-20, 2026. All of these dates are also available for Appellants' counsel, per Appellants' September 9, 2026 letter (Doc. 2192152).

Mr. Murphy is not available for oral argument the week of October 19, 2026.

Sincerely,

/s/ *Andrew N. Goldfarb*
Andrew N. Goldfarb

*Counsel for Plaintiffs-Appellees*

cc: All counsel of record (via ECF)