**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Tel: (202) 514-8100

September 10, 2026

**By CM/ECF**

Clifton B. Cislak
Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re: *U.S. Institute of Peace v. Jackson*, No. 25-5185 (oral argument not scheduled)

Dear Mr. Cislak:

I am writing to advise the Court regarding additional upcoming unavailability for oral argument in the above-referenced appeal.

On October 7, 2026, I will be presenting oral argument before the Fifth Circuit in *McComb Children's Clinic v. Kennedy*, No. 26-60101 (5th Cir.). (I had not mentioned this conflict in the letter filed yesterday because my understanding is that the Court has already scheduled its oral argument calendar through mid-October, but I am providing it now for the sake of accuracy and completeness.) Accordingly, if the above-referenced appeal is scheduled for oral argument, I respectfully request that this Court also not schedule argument from October 6, 2026, to October 7, 2026.

Thank you for your consideration of this request.

Sincerely,

*/s/ McKaye L. Neumeister*
McKaye L. Neumeister
U.S. Department of Justice
Civil Division, Appellate Staff

cc: All counsel (via CM/ECF)