# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5185** **September Term, 2026**

**1:25-cv-00804-BAH**

**Filed On:** September 14, 2026

United States Institute of Peace, et al.,

Appellees

v.

Kenneth Jackson, in his official capacity as Assistant to the Administrator for Management and Resources for USAID and in his purported capacity as acting president of the United States Institute of Peace, et al.,

Appellants

**BEFORE:** Millett and Walker, Circuit Judges

**O R D E R**

Upon consideration of the motion to extend time to file brief and the opposition thereto, it is

**ORDERED** that the motion to extend time be granted. Appellees' reply brief is now due October 2, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk