# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5185** **September Term, 2026**

**1:25-cv-00804-BAH**

**Filed On: September 30, 2026** [2195756]

United States Institute of Peace, et al.,

Appellees

v.

Kenneth Jackson, in his official capacity as Assistant to the Administrator for Management and Resources for USAID and in his purported capacity as acting president of the United States Institute of Peace, et al.,

Appellants

**BEFORE:** Henderson* and Pillard, Circuit Judges; Edwards, Senior Circuit Judge

**O R D E R**

Upon consideration of appellees' emergency motion for partial vacatur of stay pending appeal, the opposition thereto, and the reply, it is

**ORDERED** that the motion be granted.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

* Circuit Judge Henderson would deny the motion for partial vacatur of stay pending appeal.